THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY JOSEPH PASCUZZI, | CASE NO. C20-6135-JCC |
| Petitioner, | ORDER |
| v. | |
| RON HAYNES, | |
| Respondent. | |

This matter comes before the Court on United States Magistrate Judge David Christel's Report and Recommendation ("R&R") recommending the Court dismiss Mr. Pascuzzi's § 2254 petition without prejudice because he has not obtained permission from the Court of Appeals to pursue a second or successive petition (Dkt. No. 16). Mr. Pascuzzi filed a letter in which he does not object to Judge Christel's conclusion but appears to ask the Court to overlook the deficiency and proceed to the merits. (*See* Dkt. No. 17.) However, as Judge Christel correctly concluded, the Court may not consider Mr. Pascuzzi's second or successive petition absent permission from the Court of Appeals. *See* 28 U.S.C. § 2244(b)(3); *see also Magwood v. Patterson*, 561 U.S. 320, 330–31 (2010).

Thus, having reviewed the R&R and the relevant record, the Court ADOPTS the R&R, DISMISSES the petition without prejudice, and DENIES a certificate of appealability. The Court DIRECTS the Clerk to send copies of this order to Mr. Pascuzzi and to Judge Christel.

1       DATED this 10th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-6135-JCC
PAGE - 2